John H. Keenan, an Infant, etc., Respondent, v. The Gutta Percha and Rubber Manufacturing Co., Appellant.

(Argued March 10, 1890; decided April 15, 1890.)

Appeal from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 13, 1887, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*George W. Poucher* for appellant.

*J. Stewart Ross* for respondent.

Agree to affirm; no opinion.
All concur except Brown, J., not sitting.
Judgment affirmed.

---

Irving Felter et al., Respondents, v. John Claffy, Appellant.

(Argued March 10, 1890; decided April 15, 1890.)

Appeal from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made December 21, 1887, which affirmed a judgment in favor of plaintiffs entered upon a verdict, and affirmed an order denying a motion for a new trial.

*Charles M. Earle* for appellant.

*George W. Weiant* for respondents.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.